UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRUE MANUFACTURING
COMPANY, INC.,

      Plaintiff,

v.                                                          Case No. 6:16-cv-634-Orl-37GJK

CHRISTOPHER BOYS;
COOLERDOORGASKETS.COM, INC.;
AMEET MAGNATH; and BLUEPRINT
UNIVERSITY, INC.,

      Defendants.

_____

## <u>ORDER</u>

In this trademark infringement action, the Court: (1) directed the Clerk to enter

default judgment against Defendants; and (2) determined that Plaintiff was entitled to an

award of reasonable attorney fees. (Doc. 36 ("**Default Judgment Order**").) Pursuant to

the Default Judgment Order, Plaintiff filed a motion seeking reasonable attorney fees

(Doc. 38 ("**Fees Motion**")). On referral, U.S. Magistrate Judge Gregory J. Kelly

recommends that the Court grant the Fees Motion. (Doc. 44 ("**R&R**").) Defendants did

not object to the R&R, and the time for doing so has now passed.[1]

In its Fees Motion, Plaintiff requests a total award, inclusive of attorney fees and

costs, of $19,675.55 ("**Award**"). (Doc. 38, ¶¶ 5–6.) Based on copies of detailed billing

records, affidavits from Plaintiff's counsel, and experience, Magistrate Judge Kelly

_____

[1] To date, Defendants have yet to make an appearance in this action.

concludes that: (1) the billing rates and hours worked are reasonable; and (2) Plaintiff demonstrated its entitlement to $400 in costs. (Doc. 44, pp. 3–5.) Thus, Magistrate Judge Kelly recommends that the Court grant the full amount of the Award. (*Id.* at 6.)

In the absence of objections, the Court has examined the R&R for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 44) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.  Plaintiff True Manufacturing Company, Inc.'s Motion for Attorney Fees and Costs (Doc. 38) is **GRANTED**.

3.  The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff True Manufacturing Company, Inc. and against Defendants Christopher Boys, Coolerdoorgaskets.com, Inc., Ameet Magnath, and Blueprint University, Inc. in the amount of $19,675.55.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 18, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record